IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CAMPBELL, #181758 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0344-CG-B |
| ) | |
| WARRDEN LIGHTNER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

This action will proceed on Plaintiff's claims against Defendants Blake Lambert and David Gibson, and therefore, is hereby referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D Ala. GenLR 72(a)(2)(R) for further proceedings.

**DONE and ORDERED** this 13th day of January, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE