IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CAMPBELL, #181758 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0344-CG-B |
| ) | |
| WARDEN LIGHTNER, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the order entered this date, it is hereby **ORDER**, **ADJUDGED**, and **DECREED** that Plaintiff's claim against Defendant Warden Lightner is **DISMISSED with prejudice**, prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because the claim against him is frivolous.

**DONE and ORDERED** this 13th day of January, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE