IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CAMPBELL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 14-0344-CG-B |
| BLAKE LAMBERT, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 5, 2017, is **ADOPTED** as the opinion of this Court. Accordingly, Defendants' Motion for Summary Judgment is hereby **GRANTED**.

**DONE and ORDERED** this 7th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE