IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0344-CG-B |
| | ) |
| BLAKE LAMBERT, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Blake Lambert and David Gibson, and against, Plaintiff, Douglas Campbell, and that this action is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 7th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE